| STATE OF: NEW YORK | AFFIDAVIT OF SERVICE | Court/Return Date: |
|---|---|---|
| US DISTRICT COURT SOUTHERN DISTRICT OF NY COUNTY | | Filed: 7/11/2008 |
| MADISON REALTY CAPITAL, L.P., | | Index/File No.: 08 CIV 6273 |
| | | PLAINTIFF(s) |
| THOMAS E. MORRIS, | against | |
| | | DEFENDANT(s) |

County of: Denton
State of: Texas

ss: The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides in Texas.

On **August 1st**, 2008 at **11:10 A.** M.
at **2911 EAST DIVISION STREET, SUITE 411, ARLINGTON, TX 76011**

deponent served the within: SUMMONS IN A CIVIL ACTION & COMPLAINT WITH INDEX NUMBER AND DATE FILED
this was clearly written/printed on the face of said legal notice.

on **THOMAS E. MORRIS**
c/o **SIX FLAGS SHOPPING MALL MANAGEMENT**  ☑ defendant

☐ INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

☐ RECORDS CUSTODIAN — By delivering thereat a true copy of each to _____ personally.
Said individual stated she/he is authorized to accept legal process as/on behalf of the Records Custodian.

☐ ENTITY — ☐ Corporation ☐ Religious Entity ☐ Government Entity ☐ Law Office ☐ Partnership
By delivering thereat a true copy of each to _____. Said individual stated she/he is a Managing Agent thereof, authorized to accept legal process.

☑ SUITABLE AGE PERSON — ☑ place of business ☐ dwelling place ☐ usual place of abode
By delivering thereat a true copy of each to: **Deborah White**
a person of suitable age and discretion

☐ AFFIXING TO DOOR

☑ MAILING — On **August 1st, 2008**, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at recipient's last known
☐ RESIDENCE ☑ BUSINESS at: **2911 East Division, Arlington, TX 76011**

☑ DESCRIPTION — SEX: **F** COLOR/SKIN: **BLACK** HAIR: **BLACK/AFRO** AGE(approx): **40**
HEIGHT(approx): **5 FT** WEIGHT(approx): **150** lbs. OTHER: ____

☐ MILITARY
☐ FEES

☐ NON-SERVICE — SERVICE HAS NOT BEEN EFFECTED AFTER DUE DILIGENCE FOR THE FOLLOWING REASON:
☐ Unknown at this address ☐ Moved, left no forwarding address ☐ Party is Evading service
☐ Other: ____

Sworn to before me on
**04** day of **August**, 2008


Notary

Sign Name: _Kurt Schedler_
Print Name: **KURT SCHEDLER**
License No.: **SCH 1098**



LEGAL SUPPORT SERVICES, INC.

Client ID: COLE/Madison