```
                                        ┌────────────────────────────┐
                                        │ USDC SDNY                  │
                                        │ DOCUMENT                   │
                                        │ ELECTRONICALLY FILED       │
UNITED STATES DISTRICT COURT            │ DOC #: _____           │
SOUTHERN DISTRICT OF NEW YORK           │ DATE FILED: 7/17/09        │
                                        └────────────────────────────┘
```

- - - - - - - - - - - - - - - - - - -X
MADISON REALTY CAPITAL, L.P.,          :        08 Civ. 6273 (LAP)
                                       :
                                       :
                    Plaintiff,         :            ORDER
                                       :
        v.                             :
                                       :
THOMAS E. MORRIS,                      :
                                       :
                    Defendant.         :
- - - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, United States District Chief Judge

     On June 25, 2009, Magistrate Judge Freeman issued a

Report and Recommendation awarding Plaintiff damages on its

default judgment in the amount of $22,547,612.83, in

addition to per diem interest at the rate of $12,500 from

December 6, 2008 through the date judgment is entered.

Objections to that Report and Recommendation were due on

July 10, 2009.  Having received no objections and finding

Judge Freeman's decision to be correct and appropriate upon

de novo review, see Fed. R. Civ. P. 72(b), her Report and

Recommendation is hereby ADOPTED.

SO ORDERED:

DATED:    New York, New York
          July 15, 2009

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.